UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:03-cr-580-RCJ |
| JOHNNY JONES, | ) | |
| Defendant. | ) | **ORDER** |

The Court having granted Monique Kirtley's "Ex-Parte Motion to Withdraw and Appointment of New Counsel" (#120) on November 8, 2011, and good cause appearing;

IT IS HEREBY ORDERED that Bret O. Whipple, Esq. is appointed as counsel for Johnny Jones in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Whipple forthwith.

DATED this   9th   day of November, 2011.

Nunc Pro Tunc: November 9, 2011.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE