DANIEL G. BOGDEN
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOHNNY JONES,<br><br>            Defendant. | 2:03-cr-580-RCJ-LRL<br>2:13-cr-332-JCM-CWH<br><br>ORDER       MOTION TO<br>CONSOLIDATE CASES |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and SUSAN CUSHMAN, Assistant United States Attorney, and respectfully moves this Court for an order to consolidate case number 2:03-cr-580-RCJ-LRL with case number 2:13-cr-332-JCM-CWH for all further proceedings.

The United States Probation Office filed a petition to revoke Defendant Johnny Jones' supervised release in case number 2:03-cr-580-RCJ-LRL.  On August 27, 2013, an indictment was returned against the Defendant, in case number 2:13-cr-332-JCM-CWH charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g).  The facts underlying the allegations in the petition to revoke are the same facts that gave rise to the indictment.

Defense counsel, Nisha Brooks-Whittington, indicated that she agrees to the proposed consolidation of the two matters under case number 2:13-cr-332-JCM-CWH.

Therefore, in the interest of judicial and governmental economy, the Government

1

1  respectfully requests that the Court issue an order, consolidating case number 2:03-cr-580-RCJ-LRL

2  with case number 2:13-cr-332-JCM-CWH for all further proceedings.

3      DATED this 16th day of October, 2013.

                                    Respectfully Submitted,

                                    DANIEL G. BOGDEN
                                  United States Attorney

                                   */s/ Susan Cushman*
                                   Susan Cushman
                                   Assistant United States Attorney

IT IS ORDERED this 18th day of October, 2013.

_____
ROBERT C. JONES
Chief Judge

2