UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:03-cr-580-JCM |
| ) | 2:13-cr-332-JCM |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | ORDER |
| ) | |
| JOHNNY JONES, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the revocation hearing and sentencing, currently scheduled for May 27, 2014, at the hour of 10:30 a.m., be vacated and advanced to May 22, 2014 at 10:30 a.m.

DATED April 30, 2014.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE